UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

FRED HAYWOOD,

    Petitioner,

V.

WARDEN OF USP-BIG SANDY,

    Respondent.

Civil Action No. 7: 20-056-KKC

**JUDGMENT**

\*\*\*  \*\*\*  \*\*\*  \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. Petitioner's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 [R. 1, 6] is **DENIED AS MOOT**.

2. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated October 22, 2020

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY